

# E. STEWART
# Jones
LAW FIRM, PLLC

*E. Stewart Jones, Jr.*
*Meghan Rielly Keenholts*
*James C. Knox*
*W. Farley Jones, Retired*

28 Second Street
Troy, New York 12180
Telephone (518) 274-5820
Toll Free (866) ESJONES
Fax (518) 274-5875
www.esjlaw.com

May 23, 2013

**BY FACSIMILE: 257-1841**

Hon. Randolph F. Treece
U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 23 2013
AT_____ O'CLOCK
Lawrence K. Baerman, C...

Re: USA v. Jay Goldman
Crim. No. 13-MJ-146 (RFT)
Our File No. CR-1086

Dear Judge Treece:

Jay Goldman has a number of family members living in the Pittsfield area of Western Massachusetts.

Presently he is geographically restricted to New York (the Northern District) and the area where he lives during the Winter in Florida.

I respectfully request that the geographical limits be expanded to include the Pittsfield area of Western Massachusetts so that he can visit and spend time with family there.

We are certainly willing to work with Pre-Trial Services whenever he decides to visit, notifying them of his intention, dates, times and notifying again on his return or any other notice requirements that you think are reasonable and necessary.

I have spoken to Rob Sharpe and he has no objection but would defer to Pre-Trial Services.

I am certainly available for a conference or a telephone conference call to discuss this at your convenience and direction.

Thank you very much for your consideration.

Respectfully,

E. STEWART JONES, PLLC

E. Stewart Jones, Jr.

ESJ,Jr/aml
cc: Robert A. Sharpe, Assistant U.S. Attorney (via fax & mail)
 Joanne DeFreest, U.S. Probation Officer (via fax & mail)