U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 28 2013

UNITED STATES OF AMERICA
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

at _Albany_

UNITED STATES OF AMERICA )
)
)
vs. )
)
Jay Goldman )

Case No. 1: 13-mj-146 (RFT)

Received on behalf of the United States from, _U.S Probation officer_

_K. Hart_

☐ Collateral

☒ Passport No. _U.S Passport # 427102002 Jay Stuart Goldman_

_(Name)_

_____

_(Address)_          _(City, State and Zip Code)_

☐ Deed for property located at _____

_____ owned by _____

☐ Other _____

_____

Receipt is hereby acknowledged.

_10/2/2013_

Clerk, U.S. District Court

By: _M. Hulep Hughes_

Location: _____

Disposition: _____

Received the above item as described,

_____     _____     _____
_(Signature)_                _(Print Name)_                _(Date)_